Prepared by State Reporter from Appeal Papers

In the Matter of the Probate of the Will of ROSALIE NOWAK, Deceased.

MARY BETKOWSKA et al., Appellants; JOHN NOWAK, as Executor, Respondent.

*Will — probate — objections to probate of will overruled.*

*Matter of Nowak,* 220 App. Div. 737, affirmed.

(Submitted November 21, 1927; decided December 6, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1927, which affirmed a decree of the Kings County Surrogate's Court admitting to probate the will of Rosalie Nowak, deceased. Probate was contested on the grounds that the instrument was not the last will of the decedent; that its execution was not her free, unconstrained or voluntary act; that its execution was obtained through undue influence or fraud; that the decedent lacked testamentary capacity at the time of its execution; that it was not executed in conformity with the statute, and that it was invalid, illegal and void.

*Walter Carroll Low* for appellants.

*Emmet L. Holbrook* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

UNION TRUST COMPANY OF ROCHESTER, Respondent, *v.* WILLIAM W. BOARDMAN, as Administrator of the Estate of HELEN H. OLMSTEAD, Deceased, et al., Respondents, and DANA W. KREIDLER et al., Appellants, Impleaded with Others.

*Trust — judicial construction of trust agreement — after-born children — power of court to direct reformation of trust agreement after death of donor.*

*Union Trust Co.* v. *Boardman,* 215 App. Div. 73, affirmed.

(Argued November 22, 1927; decided December 6, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,